IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ALADDIN FOOD MANAGEMENT SERVICES, LLC,**

      Plaintiff,

v.                                                        **CIVIL ACTION NO. 5:22-CV-33**
                                                              Judge Bailey

**ALADDIN'S EATERY SYSTEMS, INC.,**

      Defendant.

### ORDER

On October 14, 2022, plaintiff filed a Notice of Voluntary Dismissal [Doc. 62]. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses its Complaint against defendant Aladdin's Eatery Systems, Inc. without prejudice.

Moreover, plaintiff filed a Notice of Withdrawal of Plaintiff's Limited Written Objection to the Order Denying Plaintiff's Motion to Compel Discovery [Doc. 61]. Therein, plaintiff states it is withdrawing its previously filed Limited Objection. The Motion [**Doc. 61**] is **GRANTED** and plaintiff's Limited Objection [**Doc. 55**] is **WITHDRAWN**.

Upon consideration, this Court hereby **DISMISSES WITHOUT PREJUDICE** the above-styled case. Moreover, the Motion to Dismiss Complaint for Lack of Personal Jurisdiction [**Doc. 18**] is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 17, 2022.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**